**Order filed August 4, 2014.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-14-00613-CV**
**NO. 14-14-00614-CV**
**NO. 14-14-00615-CV**

_____

**IN RE R. WAYNE JOHNSON, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**269th & 133rd District Courts**
**Harris County, Texas**
**Trial Court Cause Nos. 2004-60260, 2006-55819 & 2009-15297**

---

## ORDER

On July 28, 2014, relator R. Wayne Johnson filed petitions for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. R. Wayne Johnson has been declared a vexatious litigant and is subject to a pre-filing order under section 11.101 of the Texas Civil Practice and Remedies Code. Tex. Civ. Prac. & Rem. Code Ann. §§ 11.101, 11.103 (West Supp. 2014).

With exceptions not applicable in the cases under review, under section 11.103(a), the clerk of this court may not file an original proceeding presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing. *Id.* § 11.103(a) & (d). This court therefore will consider dismissal of these mandamus petitions unless R. Wayne Johnson, within ten days of the date of this order, shows that he has obtained an order from the local administrative judge permitting the filing of these original proceedings. *See id.* § 11.103(a)

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.